IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
13 NOV -6  PM 12: 30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. **1:13CR486** |
| | ) | |
| | ) | Title 18, Section 922(g)(1), |
| | ) | United States Code |
| CURTIS HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGE NUGENT

The Grand Jury charges:

On or about October 9, 2013, in the Northern District of Ohio, Eastern Division, CURTIS HENDERSON, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Possession of Drugs, in Case Number 04-450345-ZA, in the Cuyahoga County Common Pleas Court, on or about June 8, 2004, and Possession of Drugs, in Case Number 05-463505-A, in the Cuyahoga County Common Pleas Court, on or about June 14, 2005, did knowingly possess in and affecting interstate commerce firearms, to wit: a Sig Sauer, model P226, .9mm caliber semi-automatic pistol, serial number U620692, and ammunition; and a Harrington and Richardson, model 1904, .38 caliber revolver, serial number 112987, and ammunition, in violation of Title 18, Section 922(g)(1), United States Code.

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

1